IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID WILLIAM SHAW,

    Plaintiff,
v.                                        Case No. 4:16cv549-MW/CAS

MR. SCOGGINS, P.A.,
MRS. C. GLAVEY, R.N.,
and MRS. C. PRICE, R.N.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 68. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion as follows:

    Plaintiff's motion for default judgment as to Defendant Price, ECF No. 42, is **DENIED**;

    Plaintiff's motion for default judgment against Defendant Scoggins, ECF No. 47, is **DENIED**;

    Defendant Price's motion to set aside the Clerk's default, ECF No. 52, is **GRANTED**; and

1

Defendant Scoggins' motion to set aside the Clerk's default, ECF No. 65, is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Price and Scoggins shall file their responsive pleadings to the Complaint on or before September 11, 2017.

This case is **REMANDED** to the Magistrate Judge for further proceedings.

**SO ORDERED on August 31, 2017.**

<u>s/Mark E. Walker</u>  ____
**United States District Judge**