# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**DAVID WILLIAM SHAW,**

    **Plaintiff,**

**v.**                                             **Case No. 4:16cv549-MW/CAS**

**MR. SCOGGINS, P.A.,
MRS. C. GLAVEY, R.N.,
and MRS. C. PRICE, R.N.,**

    **Defendants**
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 82. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Defendant's motion to dismiss, ECF No. 74, is **DENIED**. This case is **REMANDED** to the Magistrate Judge for further proceedings.

**SO ORDERED on June 7, 2018.**

                                                     **s/Mark E. Walker**  \_\_\_\_
                                                     **United States District Judge**