# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**DAVID WILLIAM SHAW,**

    **Plaintiff,**

v.                                            Case No. 4:16cv549-MW/CAS

**MR. SCOGGINS, P.A.,
MRS. C. GLAVEY, R.N.,
and MRS. C. PRICE, R.N.,**

    **Defendants**
_____/

## ORDER ACCEPTING AND ADOPTING THIRD REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Third Report and Recommendation, ECF No. 102, and has also reviewed *de novo* Defendants' Objections to the report and recommendation. ECF No. 105. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Defendants' motion for summary judgment, ECF No. 92, is **DENIED**. This case is **REMANDED** to the Magistrate Judge for further proceedings prior to setting the case for trial.

**SO ORDERED on September 4, 2019.**

                                                             s/Mark E. Walker
                                                             **Chief United States District Judge**